# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Illinois

Case Number: 111CV08918

Plaintiff/Petitioner:
**ORBITZ WORLDWIDE, LLC and TRIP NETWORK, INC.**
vs.
Defendant/Respondent:
**FAREPORTAL, INC. and WK TRAVEL, INC.**

Received by HPS Process Service & Investigations, Inc. to be served on **Fareportal, Inc., 213 West 35th Street, Suite 1201, New York, NY 10001**. I, _Chris Osborne_, do hereby affirm that on the _22_ day of _December_, 20_11_ at _12:14_ _.m., executed service by delivering a true copy of the Summons in a Civil Case; Civil Cover Sheet; Complaint; Exhibits 1-7; Notification☐ as to Affiliates; and Notification of Claims Involving Trademarks Pursuant to Local Rule 3.4 in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _____
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

(X) CORPORATE SERVICE: By serving _Carissa Leong_
as _Director_ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Chris Osborne_
PROCESS SERVER # _870139_
Appointed in accordance with State Statutes

HPS Process Service & Investigations, Inc.
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559
Our Job Serial Number: 2011020743

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5b

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ORBITZ WORLDWIDE, LLC and TRIP NETWORK, INC.

V.

FAREPORTAL, INC. and WK TRAVEL, INC.

CASE NUMBER: 1:11-cv-08918

ASSIGNED JUDGE: Hon. Matthew F. Kennelly

DESIGNATED MAGISTRATE JUDGE: Hon. Susan E. Cox

TO: (Name and address of Defendant)

Fareportal, Inc.
213 W. 35th Street
Suite 1201
New York, NY 10001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John S. Letchinger
Edwards Wildman Palmer LLP
225 W. Wacker Drive, 28th Floor
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within twenty-one (21) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

MICHAEL W. DOBBINS, CLERK
(By) DEI



(By) DEPUTY CLERK

DATE
December 19, 2011

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
             Date                         *Signature of Server*

                                          _____
                                          *Address of Server*

AO 440 (Rev. 05/00) Summons in a Civil Action

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.